

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| CARLOS RAY ARMSTRONG,<br>　　　　Petitioner | CIVIL ACTION<br>SECTION "P"<br>NO. CV04-2016-M |
| VERSUS | |
| WARDEN, LOUISIANA STATE<br>PENITENTIARY,<br>　　　　Respondent | JUDGE DEE D. DRELL<br>MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Armstrong's petition for writ of habeas corpus is DENIED AND DISMISSED WITH PREJUDICE.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 5th day of February, 2007.

　　　　　　　　　　　　　　　　DEE D. DRELL
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE